**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

           21 CR. 121 (RMB)

  -against-

**ORDER**

DOMENIC CALABRIGO,
           Defendants.
------------------------------------------------------------X

    The Court will hold an initial pretrial conference on Monday, May 16, 2022 at 9:30 AM.

    In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 1210

Dated: May 11, 2022
       New York, NY

                                    *Richard M. Berman*
                              _____
                                 RICHARD M. BERMAN
                                    U.S.D.J.