UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

     -against-

DOMENIC CALABRIGO,
               Defendants.
------------------------------------------------------------X

21 CR. 121 (RMB)

**ORDER**

     The Court will hold an initial pretrial conference on Wednesday, June 15, 2022 at 10:30 AM.

     In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 1210

Dated: June 8, 2022
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                       U.S.D.J.